IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-MC-063-GCM-DCK

| | |
|---|---|
| W. MICHAEL ADAMS, CPA, P.A., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ADVANTUS CORP., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) filed by Gregory J. Murphy, concerning Kyle Christopher Jacobs on April 22, 2015. Mr. Kyle Christopher Jacobs seeks to appear as counsel *pro hac vice* for Defendant Advantus Corp. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) is **GRANTED.** Mr. Kyle Christopher Jacobs is hereby admitted *pro hac vice* to represent Defendant Advantus Corp.

**SO ORDERED**.

Signed: April 22, 2015

David C. Keesler
United States Magistrate Judge