IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-MC-063-GCM-DCK

| | |
|---|---|
| W. MICHAEL ADAMS, CPA, PA, | )<br>) |
| Petitioner, | )<br>) |
| v. | ) **ORDER**<br>) |
| ADVANTUS CORP., | )<br>) |
| Respondent. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Quash Subpoena And Memorandum In Support Of The Motion" (Document No. 1) filed April 9, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting that Respondent has withdrawn the underlying subpoenas, the undersigned will <u>deny</u> the motion as moot. See (Document No. 6).

**IT IS, THEREFORE, ORDERED** that the "Motion To Quash Subpoena And Memorandum In Support Of The Motion" (Document No. 1) is **DENIED AS MOOT**.

Signed: May 19, 2015

David C. Keesler
United States Magistrate Judge